■ PEARL LEBOW, Respondent, v. DRAH CAB CORP. et al., Appellants.—

While defendant argues that the accident could not have occurred, as plaintiff wife described it, the court does not have to reach that conclusion. It suffices that the physical improbability of the occurrence, together with the conflicting testimony of the physician as to what plaintiff wife told him, warrants setting aside the verdict as against the credible evidence on this record. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.